IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH SILVA,

    Defendant.

No. CR. S-09-0096 JAM

<u>ORDER</u>

The matter came before the undersigned on March 26, 2009, on the government's request to impose a condition on defendant's continued release on his own recognizance. After hearing argument from the parties, the court added the following special condition on defendant's continued release: The defendant shall have no contact, directly or indirectly, with the victims in this case, Vishal Wadhwa and Ayesha Wadhwa.

So Ordered.

DATED: March 26, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE