DANIEL J. BRODERICK, Bar #89434
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3ʳᴰ Floor
Sacramento, California  95814
Telephone (916) 498-5700

ATTORNEY FOR DEFENDANT
JOSEPH SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 09-0096-JAM |
| | ) | |
| Plaintiff, | ) | **WAIVER OF DEFENDANT'S PRESENCE** |
| | ) | |
| V. | ) | |
| | ) | |
| JOSEPH SILVA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when a continuance is ordered and when any other action is taken by the court before or after hearing, except at the initial appearance, arraignment, plea, trial confirmation hearing, jury trial or court trial, impanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court

1  ready for hearing any day and hour the court may fix in his absence.
2      Defendant further acknowledges that he has been informed of his
3  rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and
4  authorizes his attorney to set times and delays under the Act without
5  defendant being present.
6    DATED:  MAY 5, 2009

                                    _____
                                    JOSEPH SILVA
                                    Defendant


_____
APPROVED:


_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant



DATED: June 25, 2009

                                    /s/ John A. Mendez
                                    _____
                                    JOHN A. MENDEZ
                                    United States District Court Judge