```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Mr. Silva
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. 09-96 JAM |
|                               ) | |
|           Plaintiff,          ) | STIPULATION AND ORDER TO EXTEND |
|                               ) | FILING DATE OF DEFENDANT'S |
|      v.                       ) | OPPOSITION BRIEF TO APRIL 16, |
|                               ) | 2010 |
| GEORGIA SILVA,                ) | |
|                               ) | Date:  May 4, 2010 |
| JOSEPH SILVA,                 ) | Time:  9:30 a.m. |
|                               ) | Judge: Hon. John A. Mendez |
|           Defendants.         ) | |
| _____ ) | |

   The parties stipulate, through respective counsel, Carolyn K. Delaney, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Silva, that the defense may file its opposition to the government's motion to set aside the special verdict on or before April 16, 2010.

Dated: April 9, 2010                Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /s/ M.Petrik
                                    _____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender
                                    Attorneys for Defendant

STIPULATION AND [PROPOSED ORDER]         1                        09-96 JAM

Dated: April 9, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for Ms. Delaney
                                        _____
                                        CAROLYN K. DELANEY
                                        Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**


DATED:__April 9, 2010_____
                                        /s/ John A. Mendez_____
                                        HON. JOHN A. MENDEZ
                                        United States District Judge