1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorneys for Defendant

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  No. 09-96 JAM
                                    )
11          Plaintiff,               )  STIPULATION AND [PROPOSED] ORDER
                                    )  FOR TEMPORARY RELEASE
12 v.                                )
                                    )  JUDGE: Hon. Allison Claire
13 JOSEPH SILVA,                    )
                                    )
14          Defendant.               )
                                    )
15 _____  )

16     The parties hereby stipulate and request that the Court issue an order granting Mr. Silva's
17 temporary release on Tuesday, July 1, 2014, from 12:00 p.m. to 4:00 p.m. to allow him to attend
18 the wake of his son who recently committed suicide.

19     This Court previously detained Mr. Silva after arraignment on a petition to revoke
20 supervised release. Mr. Silva has a status hearing on that matter on July 1, 2014, before the
21 Honorable John A. Mendez. The parties anticipate the district court will impose a term of
22 imprisonment.

23     The parties stipulate and agree: that Mr. Silva be transported to the United States
24 Marshal's Office on the 5th Floor of the United States Courthouse the morning of July 1, 2014;
25 that Mr. Silva attend his hearing before Judge Mendez that day; that Mr. Silva be temporarily
26 released from the Marshal's Office to the custody of Investigator Henry Hawkins and
27 Investigator Juan Doig from the Office of the Federal Defender on July 1, 2014, from 12:00 p.m.
28

to 4:00 p.m.; and, that the investigators limit Mr. Silva's activity solely to traveling to the wake and then returning to the Marshal's Office by 4:00 p.m.

The wake will occur at Bryan Braker Funeral Home, 1850 West Texas Street, Fairfield, CA 94533, on July 1, 2014. Investigator Hawkins and Investigator Doig will escort Mr. Nichols to that facility and return him to the Marshal's Office. Mr. Nichols will remain in the custody of the Federal Defender investigators during the entire time of his temporary release. The investigators will provide the United States Marshal's Office with Mr. Nichols' street clothes the day before the temporary release.

Counsel for Mr. Nichols has conferred with the United States Marshal's Office, and has confirmed the Marshals will accommodate this plan so long as the Court approves of it.

DATED: June 30, 2014                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ M.Petrik

                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys for Defendant

DATED: June 30, 2014                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for

                                        JOSH SIGAL
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation of the parties in its entirety as its order.

The Court hereby orders Mr. Silva's temporary release from the United States Marshal to the custody of Investigator Henry Hawkins and Investigator Juan Doig from the Office of the Federal Defender on July 1, 2014, from 12:00 p.m. to 4:00 p.m.

Mr. Silva's activity will be limited to traveling to the funeral services described above, attending the services, and then returning to the Marshal's Office by 4:00 p.m. Mr. Silva will remain in the custody of the Federal Defender investigators during the entire time of his temporary release.

DATED: June 30, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE