KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JOSEPH SILVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSEPH SILVA.<br><br>　　　　Defendant. | No. 09-CR-00096-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING RELEASE<br>VIOLATION HEARING<br><br>Date:　June 16, 2015<br>Time:　11:00 am.<br>Judge:　Honorable John A. Mendez |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Josh Sigal, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Joseph Silva, that the previously-scheduled violation hearing, currently set for May 5, 2015, be vacated and that the matter be set for hearing on June 16, 2015 at 11:00 a.m.

　　　This continuance is requested to allow defense counsel additional time to investigate some issues that may constitute defenses to some of the allegations in the petition.

IT IS SO STIPULATED.

Dated: May 1, 2015　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER

1

|  |  |  |
|---|---|---|
|  |  | UNITED STATES ATTORNEY |
|  | by: | /s/ Kyle Knapp for<br>JOSH SIGAL<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| Dated:  May 1, 2015 |  | /s/ Kyle Knapp<br>KYLE KNAPP<br>Attorney for Defendant<br>JOSEPH SILVA |


**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's May 5, 2015 criminal calendar and re-calendared for violation hearing on June 16, 2015 at 11:00am.

**IT IS SO ORDERED**.

Dated:  5/4/2015                              /s/ John A. Mendez_____
                                              HON. John A. Mendez
                                              United States District Judge