KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
JOSEPH SILVA

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 09-CR-00096-JAM |
| | ) |
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER CONTINUING RELEASE |
| | ) VIOLATION HEARING |
| v. | ) |
| | ) |
| JOSEPH SILVA. | ) Date:  June 23, 2015 |
| | ) Time:  11:00 am. |
| Defendant. | ) Judge:  Honorable John A. Mendez |
| | ) |
| | ) |
| | ) |

_____

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Josh Sigal, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Joseph Silva, that the previously-scheduled violation hearing, currently set for June 16, 2015, be vacated and that the matter be reset for hearing on June 23, 2015 at 11:00 a.m.

This continuance is requested to allow defense counsel additional time to finish investigating some issues that may constitute defenses to some of the allegations in the petition.


IT IS SO STIPULATED.

Dated:  June 11, 2015                                              BENJAMIN B. WAGNER

UNITED STATES ATTORNEY

by:     /s/ Kyle Knapp for
        JOSH SIGAL
        Assistant U.S. Attorney
        Attorney for Plaintiff

Dated:  June 11, 2015                    /s/ Kyle Knapp_____
        KYLE KNAPP
        Attorney for Defendant
        JOSEPH SILVA

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's June 16, 2015 criminal calendar at 11:00am and re-calendared for violation hearing on June 23, 2015 at 11:00am.


**IT IS SO ORDERED**.

Dated: 6/12/2015                                    /s/ John A. Mendez_____
                                                   HON. John A. Mendez
                                                   United States District Court Judge