BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>JOSEPH SILVA,<br><br>               Defendant. | CASE NO.  2:09-CR-0096 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF SUPERVISED RELEASE VIOLATION HEARING; FINDINGS AND ORDER<br><br>DATE: June 23, 2015<br>TIME: 11:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an evidentiary hearing on June 23, 2015.

2. By this stipulation, the parties now move to continue the status conference until July 28, 2015 at 11:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On or about April 28, 2015, the government provided the Court and defense counsel with documents in support of two of the four charges in the Petition for Warrant or Summons for Offender Under Supervision. Dkts. 122, 159.

   b) As noted in the Petition, additional evidence will be introduced in the form of testimony from United States Probation Officer Philip Mizutani.  Officer Mizutani is unavailable

to testify on June 23, the currently scheduled date for the evidentiary hearing.  He is also unavailable on July 7, 2015.  Counsel for the government is unavailable on June 30, 2015.

   c) Counsel for defendant desires additional time to consult with his client and to discuss potential resolutions.  Counsel for defendant is also in the process of preparing a motion for bail review to be presented in Magistrate Court.

   d) The parties believe that failure to grant the above-requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would also deny the government the opportunity to introduce evidence due to the unavailability of the Probation Officer.

4. For the foregoing reasons, the parties hereby request that the June 23, 2015 date for the evidentiary hearing be vacated and reset to July 28, 2015.

IT IS SO STIPULATED.

Dated:  June 19, 2015        BENJAMIN B. WAGNER
                United States Attorney

                /s/ *JOSH F. SIGAL*
                JOSH F. SIGAL
                Special Assistant U.S. Attorney


Dated:  June 19, 2015        /s/ *JOSH F. SIGAL* for
                KYLE KNAPP
                Counsel for Defendant
                Joseph Silva


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 19th day of June, 2015.

                /s/ John A. Mendez
                THE HONORABLE JOHN A. MENDEZ
                UNITED STATES DISTRICT COURT JUDGE