KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JOSEPH SILVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SILVA.<br><br>Defendant. | No. 09-CR-00096-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING RELEASE<br>VIOLATION HEARING<br><br>Date:  August 11, 2015<br>Time:  11:00 am.<br>Judge:  Honorable John A. Mendez |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Josh Sigal, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Joseph Silva, that the previously-scheduled violation hearing, currently set for July 28, 2015, be vacated and that the matter be set for hearing on August 11, 2015 at 11:00 a.m.

   This continuance is requested to allow defense counsel additional time to finish investigating some issues that may constitute defenses to some of the allegations in the petition.

IT IS SO STIPULATED.

1

Dated: July 23, 2015                              BENJAMIN B. WAGNER
                                                  UNITED STATES ATTORNEY

                                         by:     /s/ Kyle Knapp for
                                                  JOSH SIGAL
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

Dated: July 23, 2015                              /s/ Kyle Knapp
                                                  KYLE KNAPP
                                                  Attorney for Defendant
                                                  JOSEPH SILVA

## ORDER

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's July 28, 2015 criminal calendar at 11:00am and re-calendared for violation hearing on August 11, 2015 at 11:00am.

**IT IS SO ORDERED**.

Dated: 7/24/2015

                                                  /s/ John A. Mendez_____
                                                  HON. John A. Mendez
                                                  United States District Court Judge