KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JOSEPH SILVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSEPH SILVA.<br><br>　　　　Defendant. | No. 09-CR-00096-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING RELEASE<br>VIOLATION HEARING<br><br>Date:　September 1, 2015<br>Time:　11:00 am.<br>Judge:　Honorable John A. Mendez |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Josh Sigal, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Joseph Silva, that the previously-scheduled violation hearing, currently set for August 11, 2015, be vacated and that the matter be set for hearing on September 1, 2015 at 11:00 a.m.

　　　This continuance is requested to allow defense counsel additional time to locate and serve several witnesses and finish investigating some issues that may constitute defenses to some of the allegations in the petition.

IT IS SO STIPULATED.

Dated: August 7, 2015

1

```
                                          BENJAMIN B. WAGNER
                                          UNITED STATES ATTORNEY

                                    by:   /s/ Kyle Knapp for
                                          JOSH SIGAL
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

Dated:  August 7, 2015                    /s/ Kyle Knapp
                                          KYLE KNAPP
                                          Attorney for Defendant
                                          JOSEPH SILVA
```

## ORDER

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's August 11, 2015 criminal calendar at 11:00am and re-calendared for violation hearing on September 1, 2015 at 11:00am.

**IT IS SO ORDERED**.

Dated: 8/7/2015                           /s/ John A. Mendez
                                          HON. John A. Mendez
                                          United States District Court Judge